No. M–81.  KOVACS v. MENTAL HEALTH SERVICES OF ORANGE COUNTY, FLORIDA;

No. M–82.  GRASSIA v. LUONGO ET AL.; and

No. M–86.  BENJAMIN ET AL. v. AROOSTOCK MEDICAL CENTER ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 120, Orig.  NEW JERSEY v. NEW YORK.  Report of the Special Master and Supplement received and ordered filed.  Exceptions to the Report may be filed within 45 days.  Replies, if any, may be filed within 30 days.  [For earlier order herein, see, e. g., 519 U. S. 1038.]

No. 96–8637.  IN RE ROBINSON; and

No. 96–8643.  IN RE TYLER.  Petitions for writs of mandamus and/or prohibition denied.

No. 96–827.  CRAWFORD-EL v. BRITTON.  C. A. D. C. Cir. Certiorari granted.

No. 96–1590.  FEDERAL ELECTION COMMISSION v. AKINS ET AL. C. A. D. C. Cir.  Certiorari granted.

No. 96–8653.  GRAY v. MARYLAND.  Ct. App. Md.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted.

No. 96–1150.  MAY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–1167.  JAIN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 96–1252.  PROFESSIONAL MEDICAL INSURANCE CO. ET AL. v. MURFF.  C. A. 8th Cir.  Certiorari denied.

No. 96–1274.  DIGITAL EQUIPMENT CORP. v. DEPARTMENT OF REVENUE OF WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.